B 250B (CANB)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 30 2009
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

In re Michael and Rhonda Palumbo

Bankruptcy Case No. 09-12148

**Plaintiff**

Fremont Investment and Loan
Litton Loan Servicing LLP **Defendant**

Adversary Proceeding No.
**09-1140**

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| U.S. Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Michael and Rhonda Palumbo<br>2211 Center Rd Novato CA 94947 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| U.S. Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404 | Courtroom |
| | Date and Time<br>December 22, 2009<br>@ 2:00 p.m. |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.

GLORIA L. FRANKLIN, Clerk

OCT 23 2009

*Date*

*Clerk of the Bankruptcy Court*

By *Adrienne Paul*

*Deputy Clerk*