B 250B (CANB)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **In re** Michael Palumbo and Rhonda Jean Palumbo, | | Bankruptcy Case No. 09-12148 |
| Michael Palumbo and Rhonda Jean Palumbo, | **Plaintiff** | |
| | | Adversary Proceeding No. |
| Fremont Investment and Loan Litton Loan Servicing LLP, | **Defendant** | 09-1140 |

## ALIAS SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of Clerk
> US Bankruptcy Court
> 99 South E Street
> Santa Rosa, CA 95404

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Michael and Rhonda Jean Palumbo
> 2211 Center Rd.
> Novato, CA 94947

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| US Bankruptcy Court 99 South E Street Santa Rosa, CA 95404 | Courtroom January 25, 2010 @ 2:00 p.m. |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.

Gloria L. Franklin
Clerk of the Bankruptcy Court

November 3, 2009
*Date*

By: *Adrienne Paul*
*Deputy Clerk*, Adrienne Paul

Case: 09-01140   Doc# 4   Filed: 11/03/09   Entered: 11/03/09 13:11:59   Page 1 of 1