Chris Gardas
Attorney at Law
530 43rd Street
Richmond, CA 94805
Tel (415) 407-4918
Fax: (510) 778-1273
chrisgardas@comcast.net

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DISTRICT

| | |
|---|---|
| In Re: MICHAEL AND RHONDA J. PALUMBO, | ) Case No. 09-12148 <br> ) Adv. No. 09-1140 <br> ) |
| Debtors. | ) Chapter 7 <br> ) |
| MICHAEL AND RHONDA PALUMBO | ) <br> ) |
| Plaintiffs, <br> v. | ) <br> ) REQUEST FOR ALIAS SUMMONS <br> ) TO BE ISSUED <br> ) |
| FREMONT REORGANIZING CORPORATION, f/k/a FREMONT INVESTMENT AND LOAN; HSBC BANK USA, National Association, as Trustee under the Pooling and Servicing Agreement dated August 1, 2006, ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset-Backed Pass Through Certificates; LITTON LOAN SERVICING, LP; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PACIFIC CAPITAL MORTGAGE; RANDALL GILBERT HAYDEN; AHMAD ALI MOHYEE;and DOES 1 THROUGH 50 INCLUSIVE. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Hearing: Status Conference <br> ) Date: March 25, 2010 <br> ) Time: 1:30 p.m. <br> ) Ctrm: Santa Rosa Courthouse <br> ) Judge: Hon. Judge Alan Jaroslovsky <br> ) <br> ) <br> ) <br> ) Adversary Complaint filed October 23, 2009 <br> ) |

Plaintiffs MICHAEL AND RHONDA J. PALUMBO, debtors, by and through counsel, respectfully submit this Request for Alias Summons to be Issued for the above-captioned

---

Plaintiff's Request for Alias Summons to be Issued
Adversary Case #09-1140

p. 1

adversary proceeding.

A First Amended Complaint was filed on February 16, 2010, naming the following additional Defendants:

    FREMONT REORGANIZING CORPORATION, f/k/a FREMONT INVESTMENT AND LOAN;

    HSBC BANK USA, National Association, as Trustee under the Pooling and Servicing Agreement dated August 1, 2006, ACE Securities Corp. Home Equity Loan Trust, Series 2006-FM1, Asset-Backed Pass Through Certificates;

    LITTON LOAN SERVICING, LP;

    QUALITY LOAN SERVICE CORP.;

    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;

    PACIFIC CAPITAL MORTGAGE;

    RANDALL GILBERT HAYDEN;

    AHMAD ALI MOHYEE.

Defendant LITTON LOAN SERVICING, LP has been served and has filed a response to the Complaint. A telephonic scheduling conference is presently calendared for March 25, 2010, at 1:30 p.m. at the Santa Rosa Court.

DATED: March 16, 2010

    CHRIS GARDAS
    ATTORNEY AT LAW ESQ.

    /s/_____
        Chris Gardas
    Attorney for Plaintiffs

Plaintiff's Request for Alias Summons to be Issued
Adversary Case #09-1140  p. 2
Case: 09-01140   Doc# 26   Filed: 03/16/10   Entered: 03/16/10 14:15:49   Page 2 of 2