B 250B (CANB)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

**In re** Michael Palumbo and Rhonda Jean Palumbo,

Bankruptcy Case No.
09-12148

Michael Palumbo and
Rhonda Jean Palumbo,

**Plaintiff**

Adversary Proceeding No.
09-1140

Fremont Investment and Loan
Litton Loan Servicing LLP,

**Defendant**

## ALIAS SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
| --- |
| US Bankruptcy Court |
| 99 South E Street |
| Santa Rosa, CA 95404 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Michael and Rhonda Jean Palumbo |
| 2211 Center Rd. |
| Novato, CA 94947 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
| --- | --- |
| US Bankruptcy Court | Courtroom |
| 99 South E Street | January 25, 2010 |
| Santa Rosa, CA 95404 | @ 2:00 p.m. |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.

Gloria L. Franklin

*Clerk of the Bankruptcy Court*

November 3, 2009

Case: 09-01140   Doc# 28   Filed: 03/24/10   Entered: 03/24/10 16:50:25   Page 1 of 2

# CERTIFICATE OF SERVICE

I, __Arlean Marie Schuch__, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __11/6/09__ by:
(date)

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Litton Loan Servicing
4828 Loop Central Drive
Houston, TX 77081

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                 (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__11/6/09__                                          __Arlean Marie Schuch__
Date                                                        Signature

| Print Name | Arlean Marie Schuch |
|---|---|
| Business Address | 2211 Center Rd |
| City Novato | State CA   Zip 94947 |